# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0165
Lower Tribunal No. 21-22821
_____

**The Department of Off-Street Parking of the City of Miami**,
Appellant,

vs.

**Downtown 56, LLC**,
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Victoria Méndez, City Attorney and Eric J. Eves, Assistant City Attorney, for appellant.

Stok Kon + Braverman, and Robert A. Stok (Fort Lauderdale), for appellee.


Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Airbnb, Inc. v. Doe</u>, 336 So. 3d 698, 705 (Fla. 2022) (explaining that "because Airbnb's Terms of Service incorporate by reference the AAA Rules that expressly delegate arbitrability determinations to an arbitrator, the agreement clearly and unmistakably evidences the parties' intent to empower an arbitrator, rather than a court, to resolve questions of arbitrability"); <u>see</u> <u>also</u> <u>Seifert v. U.S. Home Corp.</u>, 750 So. 2d 633, 636 (Fla. 1999) (recognizing three elements for courts to consider when ruling on a motion to compel arbitration: 1) whether a valid written agreement to arbitrate exists; 2) whether an arbitrable issue exists; and 3) whether the right to arbitration has been waived).